McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHJINDER SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 08-CV-F-OWW DLB<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

This is an immigration case in which plaintiff have challenged the delay in adjudication of his application for naturalization by United States Citizenship and Immigration Services. The parties respectfully advise that as of the time of this filing, they are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to an extension of time for the filing of the government's answer, until December 15, 2008.

Dated: October 8, 2008

                                            McGREGOR W. SCOTT
                                            United States Attorney

By:   /s/Audrey Hemesath
       Audrey B. Hemesath
       Assistant U.S. Attorney
       Attorneys for the Defendants

By:   /s/ Teresa Salazar

-1-

1
2       Teresa Salazar
        Attorney for the Plaintiff
3
4
5                                    ORDER
6    Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY
7    ORDERED that the defendants' Answer is due on December 15, 2008.
8
9        IT IS SO ORDERED.
10       Dated:   **October 8, 2008**            <u>     /s/ **Dennis L. Beck**     </u>
                                                 UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-