McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHJINDER SINGH,<br><br>    Plaintiffs,<br><br>v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 08-cv-F-1107 OWW DLB<br><br>STIPULATION AND ORDER RE: DISMISSAL |

   This is an immigration case in which plaintiff challenged the delay in adjudication of his applications to naturalize by United States Citizenship and Immigration Services.  The parties respectfully advise the Court that plaintiff was naturalized on November 17, 2008.

   Accordingly, the parties stipulate to the dismissal of this lawsuit.


Dated: November 25, 2008

                                        McGREGOR W. SCOTT
                                        United States Attorney



                          By:   /s/Audrey Hemesath
                                Audrey B. Hemesath
                                Assistant U.S. Attorney
                                Attorneys for the Defendants


                          By:   /s/ John St. John
                                John St. John
                                Attorney for the Plaintiff

-1-

1
2
3 ## ORDER
4 Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed.
5
6 IT IS SO ORDERED.
7 **Dated:   November 25, 2008**          /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28